# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### District Judge Gordon P. Gallagher

Civil Action No. 25-cv-00837-GPG-CYC

VALARIE MORGAN, individually and behalf of all those similarly situated,

    Plaintiff,

v.

THE KROGER CO.;
DILLON COMPANIES, LLC d/b/a KING SOOPERS and CITY MARKET; and
ALBERTSONS COMPANIES, INC.,

    Defendants.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rule of Civil Procedure 58(a), the following Final Judgment is hereby entered.

    Pursuant to the [D. 74] Order entered by Judge Gordon P. Gallagher on February 6, 2026, it is

    ORDERED that the Defendants' Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) [D. 33] is GRANTED. It is

    FURTHER ORDERED that Plaintiff's Motion for Leave to File Amended Complaint [D. 66] is DENIED. It is

    FURTHER ORDERED that Defendants' Motion to Withdraw as Attorney [D. 72] is DENIED AS MOOT. It is

    FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 6th day of February, 2026

                                      FOR THE COURT:

                                      JEFFREY P. COLWELL, CLERK

                                      By:   s/D. Clement
                                                Donald Clement,
                                                Deputy Clerk